**Electronically Filed**
**Supreme Court**
**SCWC-30586**
**23-SEP-2011**
**09:14 AM**

SCWC-30586

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF J.M.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30586; FC-S NO. 07-11563)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner's application for writ of certiorari, filed

on August 21, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, September 23, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



Tae W. Kim
for petitioner
on the application

Erin L.S. Yamashiro
and Mary Anne Magnier,
Deputy Attorneys General,
for respondent on the
response